■ In the Matter of H & A WINE & LIQUOR CORP., Doing Business as COUNTY LINE LIQUOR STORE, Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent which suspended petitioner's license for 10 days and imposed a $500 bond claim. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. There was substantial evidence to support the determination under review. Lazer, J. P., Gulotta, Cohalan and Margett, JJ., concur.

■ In the Matter of PETER HIGGERSON et al., Respondents, v JOHN G. SHERIDAN, as General Manager of Long Island State Park and Recreation Commission, Appellant.—In a proceeding pursuant to CPLR article 78 to compel petitioner Higgerson's reinstatement to employment, with back pay and benefits, the appeal is from a judgment of the Supreme Court, Suffolk County, entered September 5, 1978, which (1) vacated the termination of petitioner's employment (2) ordered his reinstatement with back pay and benefits, and (3) ordered that appellant consider a notice of discipline dated November 7, 1977 "as if petitioner had filed a disciplinary grievance in connection therewith". Judgment affirmed, with costs, upon the opinion of Mr. Justice Thom at Special Term. Lazer, J. P., Margett, Martuscello and Mangano, JJ., concur.

■ In the Matter of the Estate of FRANK A. LUDLAM, Deceased. ARTHUR BUXENBAUM, Appellant; NATHAN ZAUSMER, as Executor of FRANK A. LUDLAM, Deceased, Respondent.—Decree of the Surrogate's Court, Nassau County, dated July 11, 1978, affirmed, with one bill of costs payable personally by the appellant, on the opinions of Surrogate Bennett. Titone, J. P., Margett, Martuscello and Mangano, JJ., concur.